9/03/10 4:03PM

# United States Bankruptcy Court
## Middle District of Louisiana

# Voluntary Petition

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Stanocola Employees Medical and Hospital Association, Incorporated, d/b/a Stanocola Medical Center** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**72-0423893** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**16777 Medical Center Drive, Suite 400**<br>**Baton Rouge, LA**<br>ZIP Code **70816** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**East Baton Rouge** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

---

**Type of Debtor**
(Form of Organization)
(Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
■ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

☐ Chapter 7
☐ Chapter 9
■ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

---

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

---

**Statistical/Administrative Information**

■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition**<br><br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Stanocola Employees Medical and Hospital Association, Incorporated, d/b/a Stanocola Medical Center** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

<table>
<tr>
<td>

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

</td>
<td>

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).

X_____

    Signature of Attorney for Debtor(s)        (Date)

</td>
</tr>
</table>

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br><br>☑ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ☑     Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐     There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐     Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes) |
|---|
| ☐     Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>        _____<br>        (Name of landlord that obtained judgment)<br><br><br>        _____<br>        (Address of landlord)<br><br>☐     Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐     Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐     Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Stanocola Employees Medical and Hospital Association, Incorporated, d/b/a Stanocola Medical Center** |

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X** **/s/ Brandon A. Brown**
_____
Signature of Attorney for Debtor(s)

**Brandon A. Brown 25592**
Printed Name of Attorney for Debtor(s)

**Stewart Robbins & Brown, LLC**
Firm Name

**247 Florida Street**
**Post Office Box 66498**
**Baton Rouge, LA 70896-6498**

Address

**Email: dstewart@stewartrobbins.com**
**(225) 343-7288  Fax: (225) 709-9467**
Telephone Number

**September  3, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Zelma Teer**
_____
Signature of Authorized Individual

**Zelma Teer**
Printed Name of Authorized Individual

**Chairman of the Board**
Title of Authorized Individual

**September  3, 2010**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF LOUISIANA
### (Local Form 1)

In re **Stanocola Employees Medical and Hospital Association, Incorporated, d/b/a Stanocola Medical Center**

Case No. _____

Debtor(s)

## MAILING LIST

### Verification

Penalties for making a false statement or for concealing property are a fine of up to $5000.00 or imprisonment for up to five (5) years, or both. (18 U.S.C. §152 and 3571).

### DECLARATION

**We declare under penalty of perjury that the foregoing mailing list, comprising  21  pages, is true and correct. Signed on  September 3, 2010 .**

Signed:  **/s/ Zelma Teer**

**Zelma Teer**
**Chairman of the Board**

Signed:  **/s/ Brandon A. Brown**

**Brandon A. Brown**
**Stewart Robbins & Brown, LLC**
**247 Florida Street**
**Post Office Box 66498**
**Baton Rouge, LA 70896-6498**
Telephone: **(225) 343-7288**
Facsimile: **(225) 709-9467**
E-Mail: **dstewart@stewartrobbins.com**
(ATTORNEY FOR THE DEBTOR)

United States Trustee
400 Poydras Street
Suite 2110
New Orleans LA 70130

Office of US Attorney
Middle District of Louisiana
777 Florida St Ste 208
Baton Rouge LA 70801

District Counsel
Internal Revenue Service
Post Office Box 21126
Philadelphia PA 19114-0326

Louisiana Dept of Revenue
Bankruptcy Section
Box 66658
Baton Rouge LA 70896

Internal Revenue Service
1555 Poydras Street
Suite 220; Stop 31
New Orleans LA 70112

Accent Insurance Recovery


Accent Recovery
P. O. Box 952366
Saint Louis MO 63195-2366

Accurate Key & Lock Co.
P. O. Box 82575
Baton Rouge LA 70884

Accuscreen Systems
1038 Main Street
Baton Rouge LA 70802

ACL Hearing Centers
7952 Goodwood Boulevard
Baton Rouge LA 70806

Advanced Clinical Trial Technologies, LL
2526 Colonial Way
Zachary LA 70791

Advanced Office System
11434 Industriplex Boulevard
Baton Rouge LA 70809

Advantage Personnel
11224 Boardwalk, Suite E 1-1
Baton Rouge LA 70816

Advent Systems, Inc.


AFLAC


AFS Record Storage Center
4150 Jeffrey Drive
Baton Rouge LA 70816

Air Liquide
P. O. Box 200269
Houston TX 77216-0269

Air Liquide America Corp
P. O. Box 200269
Houston TX 77216-0269

Airborne Express
P. O. Box 91001
Seattle WA 98111

Alk Abello
1700 Royston Lane
Round Rock TX 78664

ALK Abello, Inc.
1700 Royston Lane
Round Rock TX 78664

AMA Book & Products


AmCare Health Plans of Louisiana


American Diag
Baton Rouge LA


American Health Consultants


American Medical Association
P. O. Box 930884
Atlanta GA 31193-0084

American Red Cross
10201 Mayfair
Baton Rouge LA 70809

Amsterdam Printing
P. O. Box 580
Amsterdam NY 12010

ARCH Paging


ASD Healthcare
P. O. Box 848104
Dallas TX 75284-8104

Aspen Publishers, Inc.


Associated Business Eq


Associated Office Systems


AT&T Limited Services


Automatic Data Process
P. O. Box 9001006
Louisville KY 40290-1006

Aventis Pasteur


Baron Williamson, M.D.
325 Highland Trail
Baton Rouge LA 70810

Baton Rouge Healthcare


Baton Rouge Imaging
8044 Summa Avenue, Bldg. 1, Ste. B
Baton Rouge LA 70809

Bellsouth
P. O. Box 105852
Atlanta GA 30348-5852

Bellsouth Advertising
P.O. Box 95364
Atlanta GA 30347

Bellsouth Public Communication
P. O. Box 740509
Atlanta GA 30374

Benecom
4140 Poche Court West
New Orleans LA 70129

Bergen Brunswig Drug Co.
P. O. Box 967
Sugar Land TX 77478-0967

Bestcare, Inc.
3388 Brentwood Drive
Baton Rouge LA 70809

BestCase
3388 Brentwood Drive, Suite B
Baton Rouge LA 70809

Betz Business Forms, Inc.
P. O. Box 392
Watson LA 70786-0392

Biomedical Resources
P. O. Box 84007
Baton Rouge LA 70884-4007

Blue Cross Blue Shield
P.O. Box 15699
Baton Rouge LA 70895

Bracco Diagnostics Inc.
P. O. Box 101747
Atlanta GA 30392-1747

Bristol-Myers Squibb Co.

Broadcast Music Inc.
10 Music Square East
Nashville TN 37203-4310

C. Verne Brian, O.D.
1818 Tara Boulevard
Baton Rouge LA 70806

Capital Welders Supply
P. O. Box 53304
Baton Rouge LA 70892

Carlos Santos, M.D.
18482 Andrew Jackson Ave.
Prairieville LA 70769

Cencom
P. O. Box 40965
Baton Rouge LA 70835-0965

Center Laboratories
P. O. Box 350
Port Washington NY 11050-0350

Centurytel
P. O. Box 4300
Carol Stream IL 60197

Channing L. Bete Co. Inc.
P. O. Box 5897
Boston MA 02206-5897

Cherbonnier, Mayer and A

Cingular Wireless

Cintas
P. O. Box 88005
Chicago IL 60680-1005

Cintas-Red Stick Services
205 North 19th Street
Baton Rouge LA 70806

Citicorp Vendor Finance

Collection Specialists
P. O. Box 64828
Baton Rouge LA 70896

Columbia Diagnostics, Inc.
P. O. Box 79183
Baltimore MD 21279-0183

Communigroup
P. O. Box 940
Jackson MS 39205-0940

CompUSA, Inc.
P. O. Box 200670
Dallas TX 75320-0670

Computerease, Inc.
145 Robert E. Lee, Suite 200
New Orleans LA 70124

Computerland
9843 Interline Avenue
Baton Rouge LA 70809

Consumer Business Machines
7920 Florida Boulevard
Baton Rouge LA 70806

Continental General Insurance

Cornerstone Physical Therapy
7523 Highway 1
Addis LA 70710

Corporate Express
P. O. Box 95947
Chicago IL 60694-5947

Cox Communications
P. O. Box 66617
Baton Rouge LA 70896

CPU2
19348 N. 4th Street
Covington LA 70433

Culligan Water
7102 Greenwell Springs Road
Baton Rouge LA 70805

Custom Security Systems
P. O. Box 15628
Baton Rouge LA 70895

Custom Specialties
3233 25th Street
Metairie LA 70002

CVT Vascular Lab
7777 Hennessy, Suite 108
Baton Rouge LA 70808

Datafiche
9160 Mammoth Drive
Baton Rouge LA 70814

David Corbin, M.D.
Baton Rouge LA 70816


Deaf Services
8733 Siegen Lane
PMB 340
Baton Rouge LA 70810

Debra Baehr, M.D.
9000 Airlne Highway, Suite 290
Boerne TX 78015

Denver Development Materials
P. O. Box 371075
Denver CO 80237

Department of Treasury/IRS
501 Magazine St., Stop 31
New Orleans LA 70130

Diagnostic Imaging Inc.
600 Chartres Street
New Orleans LA 70130

Direct Supply
8391 Beverly Boulevard
Los Angeles CA 90048-2633

Door Control's Inc.
2316 Tifton Street
Kenner LA 70062

Dr. Alok Gupta


Dr. Baron Williamson


Dr. Doll


Dr. Michael Guarisco


Dr. Salwa Girgis


Dr. Stryjewska


Drug Package, Inc.
Dept. 460
P. O. Box 790044
Saint Louis MO 63179

Eastman Kodak Company
2074 Collection Center Drive
Chicago IL 60693-0020

Eatel
P. O. Box 60838
New Orleans LA 70160

Educators Publishing Services


Electro Medical Equipment
12015 Industriplex Boulevard
Baton Rouge LA 70809

Elizabeth S. Hawkins

EMCO

Entergy

Envoy Corporation

Ewebsystem
3445 N. Causeway, Ste. 401
Metairie LA 70002

Executone
P. O. Box 15449
Baton Rouge LA 70895

Executone of Central Louisiana
P. O. Box 15449
Baton Rouge LA 70895-5449

Fed Ex
P. O. Box 660481
Dallas TX 75266-0481

First Health
P. O. Box 8515
London KY 40742-8515

Flannery Oaks
1652 North Flannery Road
Baton Rouge LA 70815

Fleet Business Credit Company
135 S. Lasalle Street
Dept. 8210
Chicago IL 60674-8210

Forms, Files & Systems
P. O. Drawer 1620
Prairieville LA 70769

Foundation Health

Gardner, Carton & Douglas
1301 K Street NW
East Tower, Suite 900
Washington DC 20005

Gary M. Levine, M.D.

General American Life Insurance Co.
719 Teaco Road
Kennett MO 63857-3749

General Paper


Global Busienss sytems
13551-D Riverside Drive, Ste. 605
Sherman Oaks CA 91423

Gold Star Trophies
6220 Florida Boulevard
Baton Rouge LA 70806

Grams Medical
2443 Norse Avenue
Costa Mesa CA 92627

Graybar Electric Co., Inc.
P. O. Box 23266
New Orleans LA 70123

Great America Leasing Corp.
P. O. Box 10426
Des Moines IA 50306-0426

Great-West Life & Annuity


Greer Laboratories Inc.
314 E. Carrillo Street
Santa Barbara CA 93101

Group Benefits Unlimited


Guest House
10145 Florida Boulevard
Baton Rouge LA 70815

Gulf Coast Office Products
10424 Plaza Americana Drive
Baton Rouge LA 70816

Gunn & York, L.L.P.
5800 One Perkns Place Drive, Bldg. 1
Baton Rouge LA 70808

Hawthorn, Waymouth & Carroll, LLP
8555 United Plaza Blvd., Suite 200
Baton Rouge LA 70809-3000

Health Specialties, Inc.

Helouise Tate
2816 Horace Lane NW
Wesson MS 39191

Henry Schein
P. O. Box 14125
Palatine IL 60055-4125

Heritage House II
1335 Wooddale Boulevard
Baton Rouge LA 70806

Hieu Vuong, M. D.
1614 Sherwood Forest Boulevard
Baton Rouge LA 70815

Hollister Inc.
P. O. Box 72035
Chicago IL 60678

Hollister Steir Laboratory

Hologic Inc.

Home Care Association of Louisiana
223-A E. Main Street
New Iberia LA 70560

Hunter Medical Systems

IBM Global Services

ICI Professional Products
P. O. Box 15787
Baton Rouge LA 70895

ICN Pharmaceuticals
P. O. Box 60280
Los Angeles CA 90060

Ingenix Publishing
P. O. Box 96561
Washington DC 20077-7587

Ingrams Uph & Fabrication

Insight

Integrated Business Solutions


Iqbal Ahmad, M.D.
219 Long Meadow Drive
Baton Rouge LA 70810

Ishwarlal Lodhia, M.D.
1451 Applewood Rd.
Baton Rouge LA 70808

James Doll, M.D.
1701 Louray Drive
Baton Rouge LA 70808

Jefferson Medical Systems
961 Industry Road
Kenner LA 70062

John McIntyre, M.D.
333 Lee Drive, Apt. G16
Baton Rouge LA 70808

Joseph Thomas, M.D.
12124 Oakshire Ave.
Baton Rouge LA 70810

K-Mart Super Centers
2001 Millerville Road
Baton Rouge LA 70816

Kean Miller
P. O. Box 3513
Baton Rouge LA 70821

Kenneth Krogstad
3810 W. Lakeshore Drive, Suite 123
Baton Rouge LA 70808-4600

Kim Dupre


Kinder Morgan Bulk Terminals
P. O. Box 625
Sorrento LA 70778-0625

KMC Telecom Holdings
Department 77-3258
Chicago IL 60678-3258

Laboratory Corp. of America
ATTN: Theresa Mintz
P. O. Box 12140
Burlington NC 27216-2140

Lalit Barai, M.D.
11855 Parkridge Avenue
Baton Rouge LA 70816

Landauer
P. O. Box 809051
Chicago IL 60680-9051

Lanier Healthcare Division
P. O. Box 951282
Dallas TX 75395-1282

Lanier Worldwide Inc.
P. O. Box 105533
Atlanta GA 30348

Laser Extensions, Inc.
P. O. Box 74696
Baton Rouge LA 70807

Law Office of Andrew S

Ledoux J. Chastant, III
1494 Corboda Drive
Zachary LA 70791

Lee Wayne Corp.
Dept. 77-7949
Chicago IL 60678-7949

Lewis Computer Services, inc.
9448 Brookline Avenue
Baton Rouge LA 70809

Lincoln Diagnostics Inc.
P. O. Box 1128
Decatur IL 62525

Linda McCauley, M.D.
17718 E. Purple Martin Ct.
Baton Rouge LA 70816

Livingston Parish Telelphone
P. O. Box 901
Livingston LA 70754

Louise Geubelle

Louisiana Department of Labor
Post Office Box 44127
Baton Rouge LA 70804-4127

Louisiana Department of Revenue
P. O. Box 201
Baton Rouge LA 70821-0201

Louisiana Health Care Alliance
12045 Justice Avenue
Baton Rouge LA 70816

Louisiana Medical Mutual Insurance Co.
AFCO
1000 Milwaukee Avenue
Glenview IL 60025

Louisiana Workers' Compensation


Luticha Henderson
25390 W. Harrell Road
Livingston LA 70754

Magnolia Place Rehab & Care Center
404 North Boulevard
Baton Rouge LA 70806

Mail Handlers Benefits


Marino's Florist and Fine Gifts
9004 Greenwell Springs Road
Baton Rouge LA 70814

Mario Moreno, M.D.
P. O. Box 84228
Baton Rouge LA 70884

Materials Management Program
P. O. Box 1689
Cape Girardeau MO 63702

McKesson General Surgical
P. O. Box 740215
Cincinnati OH 45274-0215

Medical Manager Network Services
15151 NW 99th Stret
Alachua FL 32615

Medical Security Card


Medicar Part B


Medicare Services

Medicode, Inc.


Medline Industries, Inc.
P. O. Box 92301
Chicago IL 60675-2301

Merck - ATL
P. O. Box 101536
Atlanta GA 30392-1536

Merritt Melker, M.D.


Michael Dupre', M.D.
19669 Southern Hills Avenue
Baton Rouge LA 70809

Michael Guarisco, M.D.
8702 Carriage Court Court
Baton Rouge LA 70817

Michael Perniciaro, M.D.


Michael Puyau, M.D.
826 West Lakeview
Baton Rouge LA 70816

Michelle Ball
10203 Tanwood Ave.
Baton Rouge LA 70809

Michelle Ball


Microage of Baton Rouge


Minolta Corporation
P. O. Box 101663
Atlanta GA 30392

Missionary Medical


Mobile Instrument Service
333 Water Avenue
Bellefontaine OH 43311

Monarch Life Insurance

Moore Medical Corp.
P. O. Box 2620
New Britain CT 06050-2620

Moreau Physial Therapy
13111 Hooper Road
Baton Rouge LA 70818

National Pharmacy Services
8146 One Calais, Ste. 101
Baton Rouge LA 70809

National Welding Supply
P. O. Box 9786
New Iberia LA 70562-9786

NCR Corporation
P. O. Box 740162
Cincinnati OH 45274-0162

NCS Pearson, Inc.
21866 Network Place
Chicago IL 60673-1218

Nextel Communications
P. O. Box 820906
Philadelphia PA 19182-0906

O.C. Tanner Recognition Co.
1930 South State Street
Salt Lake City UT 84115-2383

Ochsner Medical Center
17000 Medical Center Drive
Baton Rouge LA 70816

Office Depot Card Plan
P. O. Box 182378
Columbus OH 43218-2378

Office Depot, Inc.
P.O. Box 630813
Cincinnati OH 45263-0813

Office Depot, Inc.
File #91587
P. O. Box 1067
Charlotte NC 28201

Office Direct
P. O. Box 400
Baker LA 70714

Olympus Corporation
P. O. Box 94042
Chicago IL 60690

Palmetto GBA
P. O. Box 100192
Columbia SC 29202-3192

Parish Office Products, Inc.
6865 Magnolia Beach Road, Ste. C
Denham Springs LA 70706

Pathology Associates
P. O. Box 54298
New Orleans LA 70154

Pathology Group of Louisiana
P. O. Box 84030
Baton Rouge LA 70884

Payless Storage
1765 O'Neal Lane
Baton Rouge LA 70816

PCI Medical, Inc.
P. O. Box 188
Deep River CT 06417

Pension Benefit Guaranty Corp.
c/o Ralph L. Landy, Esq.
1200 K St., NW
Washington DC 20005-4026

Performance Medical Group
803 Cajundome Boulevard
Lafayette LA 70506-2307

Pestop

Pharmacia & Upjohn
P. O. Box 93930
Chicago IL 60673

Physician Sales & Service
3130 NE Evangeline
Lafayette LA 70507-3536

Pinkerton Security & Invest
P. O. Box 2111
Carol Stream IL 60132

Pitney Bowes Credit Corporation
P. O. Box 856460
Louisville KY 40285-6460

Pitney Bowes Global Finance


Pitney Bowes, Inc.
P. O. Box 856390
Louisville KY 40285-6460

PMIC


Powers, Pyles, Sutter & Vervil
12th Floor
1875 Eye Street, NW
Washington DC 20006-5409

Practice Insight
1 Greenway Plaza, Suite 350
Houston TX 77046

Professional Services Co.
P. O. Box 90159
San Jose CA 95109-3159

Progressive Business Publicats
P. O. Box 3019
Malvern PA 19355

Protocol


Purchase Power
P. O. Box 856042
Louisville KY 40285-6042

Quill Corporation
P. O. Box 94081
Palatine IL 60094-4081

Rebel Stamp & Sign Co.
4220 Vernon Road
Zachary LA 70791

Regency Place
14333 ld Hammond Highway
Baton Rouge LA 70816

Regions Bank
Commercial Loan Processing
P. O. Box 11407
Birmingham AL 35246-0054

Reimbursement Associates
P. O. Box 248
Orland CA 95963-0248

Renee Harris, MD
P. O. Box 15669
Baton Rouge LA 70815

Rick Larriviere, O.D.
10933 Maybelle Court
Baton Rouge LA 70815

Rodan Invest & Leasing Inc.
P. O. Box 10336
Des Moines IA 50306-0336

Rodan, Inc.
5821 Citrus Boulevard
New Orleans LA 70123-1680

Roedel, Parsons, Koch
8440 Jefferson Hwy., Ste. 301
Baton Rouge LA 70809

Roto Rooter
P. O. Box 64966
Baton Rouge LA 70896

SA Cardiology, LLC
Baton Rouge LA

Salwa Girgis, M.D.
3715 Lake Laberge Court
Baton Rouge LA 70816

Salwa Girgis, M.D.
3715 Lake Laberge Ct.
Baton Rouge LA 70816

Sam's Club Direct
4041 Sherwood Forest
Baton Rouge LA 70815

Scantron
P. Ol Box 93038
Chicago IL 60673-3038

Sears Commercial 1 Credit
75 Remittance, Suite 1674
Chicago IL 60675-1674

Smith & Nephew
P. O. Box 266
Memphis TN 38101-0266

Sonitrol of Baton Rouge
P. O. Box 910454
Dallas TX 75391

Southeastern Cardiology
7777 Hennessy, Suite 406
Baton Rouge LA 70808

Southern Medical Corp.
P. O. Box 84007
Baton Rouge LA 70884

Staples
Business Advantage Dept. DAL
P. O. Box 83669

Starkey Laboratories, Inc.
6700 Washington Avenue S
Eden Prairie MN 55344

Stat Transcription Services

Steffes, Vingiello
13702 Coursey Blvd., Bldge. 3
Baton Rouge LA 70817

Stericycle, Inc.
P. O. Box 9001588
Louisville KY 40290-1588

Sterling Medical
7781 Cooper Road
Cincinnati OH 45242-7728

Sterling Place
3888 North Boulevard
Baton Rouge LA 70806

Surgidev Corporation

Susan Puyau, M.D.
P. O. Box 15669
Baton Rouge LA 70815

Taylor, Porter, Brooks & Phillips
P. O. Box 2471
Baton Rouge LA 70821-2471

Techrx Incorporated

Telamerica Long Distance
P. O. Box 3316
Baton Rouge LA 70821

Thayne Hamilton

The Advocate


The Kullman Firm
4605 Bluebonnet Boulevard
Baton Rouge LA 70809

The Oath
P. O. Box 5914
Metairie LA 70009-5914

The St. John Companies
P. O. Box 51263
Los Angeles CA 90051-5563

Thomas Tate, M.D.
11044 Sullivan Rd.
Baton Rouge LA 70818

Thomson Reuters
36832 Treasury Center
Chicago IL 60694

Total Computer Systems, Inc.
11811 Industriplex, Suite 3
Baton Rouge LA 70809

Total Pharmacy Services, Inc.
P. O. Box 3835
Houma LA 70361

Tracy Lemelle, M.D.
11046 Shoreline Drive
Baton Rouge LA 70809

Tricare
P. O. Box 7031
Camden SC 29020-7031

United Healthcare of Louisiana


Utility Payment Processing


Vascular Solutions
P. O. Box 1178
Maple Grove MN 55311

Vascular Surgery Associates
5329 Didesse Drive
Baton Rouge LA 70808

VHPS-Accounts Receivable

Wesco Distribution, Inc.
P. O. Box 99251
Chicago IL 60693

William Williamson, M.D.


Williamson Eye Center
P. O. Box 15160
Baton Rouge LA 70895

Woman's Hospital
P. O. Box 60070
New Orleans LA 70160