B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Middle District of Louisiana

| In re | Stanocola Employees Medical and Hospital Association, Incorporated, d/b/a Stanocola Medical Center | Case No. | **10-11379** |
|---|---|---|---|
| | Debtor(s) | Chapter | **11** |

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br>*Name of creditor and complete mailing address including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **American Diag**<br>**Baton Rouge, LA** | **American Diag**<br>**Baton Rouge, LA** | | **Disputed** | **73,758.28** |
| **Baton Rouge Imaging**<br>**8044 Summa Avenue, Bldg. 1, Ste. B**<br>**Baton Rouge, LA 70809** | **Baton Rouge Imaging**<br>**8044 Summa Avenue, Bldg. 1, Ste. B**<br>**Baton Rouge, LA 70809** | | | **7,545.00** |
| **Carlos Santos, M.D.**<br>**18482 Andrew Jackson Ave.**<br>**Prairieville, LA 70769** | **Carlos Santos, M.D.**<br>**18482 Andrew Jackson Ave.**<br>**Prairieville, LA 70769** | | | **103,193.26** |
| **Centurytel**<br>**P. O. Box 4300**<br>**Carol Stream, IL 60197** | **Centurytel**<br>**P. O. Box 4300**<br>**Carol Stream, IL 60197** | | | **40,162.09** |
| **Cintas**<br>**P. O. Box 88005**<br>**Chicago, IL 60680-1005** | **Cintas**<br>**P. O. Box 88005**<br>**Chicago, IL 60680-1005** | | | **5,626.81** |
| **Gulf Coast Office Products**<br>**10424 Plaza Americana Drive**<br>**Baton Rouge, LA 70816** | **Gulf Coast Office Products**<br>**10424 Plaza Americana Drive**<br>**Baton Rouge, LA 70816** | | | **11,671.14** |
| **Hawthorn, Waymouth & Carroll, LLP**<br>**8555 United Plaza Blvd., Suite 200**<br>**Baton Rouge, LA 70809-3000** | **Hawthorn, Waymouth & Carroll, LLP**<br>**8555 United Plaza Blvd., Suite 200**<br>**Baton Rouge, LA 70809-3000** | | | **7,550.00** |
| **Henry Schein**<br>**P. O. Box 14125**<br>**Palatine, IL 60055-4125** | **Henry Schein**<br>**P. O. Box 14125**<br>**Palatine, IL 60055-4125** | | | **21,179.90** |
| **Ishwarlal Lodhia, M.D.**<br>**1451 Applewood Rd.**<br>**Baton Rouge, LA 70808** | **Ishwarlal Lodhia, M.D.**<br>**1451 Applewood Rd.**<br>**Baton Rouge, LA 70808** | | | **77,377.56** |
| **Joseph Thomas, M.D.**<br>**12124 Oakshire Ave.**<br>**Baton Rouge, LA 70810** | **Joseph Thomas, M.D.**<br>**12124 Oakshire Ave.**<br>**Baton Rouge, LA 70810** | | | **146,410.84** |
| **Kean Miller**<br>**P. O. Box 3513**<br>**Baton Rouge, LA 70821** | **Kean Miller**<br>**P. O. Box 3513**<br>**Baton Rouge, LA 70821** | | | **8,995.95** |

B4 (Official Form 4) (12/07) - Cont.

In re **Stanocola Employees Medical and Hospital Association, Incorporated, d/b/a Stanocola Medical Center**
Debtor(s)

Case No. **10-11379**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Kenneth Krogstad<br>3810 W. Lakeshore Drive, Suite 123<br>Baton Rouge, LA 70808-4600 | Kenneth Krogstad<br>3810 W. Lakeshore Drive, Suite 123<br>Baton Rouge, LA 70808-4600 | | | 29,927.27 |
| Linda McCauley, M.D.<br>17718 E. Purple Martin Ct.<br>Baton Rouge, LA 70816 | Linda McCauley, M.D.<br>17718 E. Purple Martin Ct.<br>Baton Rouge, LA 70816 | | | 61,968.27 |
| Louisiana Department of Labor<br>Post Office Box 44127<br>Baton Rouge, LA 70804-4127 | Louisiana Department of Labor<br>Post Office Box 44127<br>Baton Rouge, LA 70804-4127 | | | 51,606.30 |
| Michelle Ball<br>10203 Tanwood Ave.<br>Baton Rouge, LA 70809 | Michelle Ball<br>10203 Tanwood Ave.<br>Baton Rouge, LA 70809 | | | 14,881.59 |
| Ochsner Medical Center<br>17000 Medical Center Drive<br>Baton Rouge, LA 70816 | Ochsner Medical Center<br>17000 Medical Center Drive<br>Baton Rouge, LA 70816 | | Disputed | 1,000,000.00 |
| Pitney Bowes, Inc.<br>P. O. Box 856390<br>Louisville, KY 40285-6460 | Pitney Bowes, Inc.<br>P. O. Box 856390<br>Louisville, KY 40285-6460 | | | 4,314.21 |
| Salwa Girgis, M.D.<br>3715 Lake Laberge Ct.<br>Baton Rouge, LA 70816 | Salwa Girgis, M.D.<br>3715 Lake Laberge Ct.<br>Baton Rouge, LA 70816 | | | 33,236.48 |
| Staples<br>Business Advantage Dept. DAL<br>P. O. Box 83669 | Staples<br>Business Advantage Dept. DAL<br>P. O. Box 83669 | | | 5,439.59 |
| Thomas Tate, M.D.<br>11044 Sullivan Rd.<br>Baton Rouge, LA 70818 | Thomas Tate, M.D.<br>11044 Sullivan Rd.<br>Baton Rouge, LA 70818 | | | 158,519.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Chairman of the Board of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **September 7, 2010**

Signature **/s/ Zelma Teer**
**Zelma Teer**
**Chairman of the Board**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.